# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141375

ANNA LAND,
        Petitioner-Appellee,

v

L'ANSE CREUSE PUBLIC SCHOOL
BOARD OF EDUCATION,
        Respondent-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141375
COA: 288612
State Tenure Comm 07-000054

On order of the Court, the application for leave to appeal the May 27, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

Clerk